# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASON FRAZIER, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS, *et al.*,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:24-cv-03819-TWT |

## **ORDER**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed to substitute another case for this action.

SO ORDERED, this  28th  day of August, 2024.

*[signature]*

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE