IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JASON FRAZIER, et al,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS, et al,**<br><br>    **Defendants.** | CIVIL ACTION NO.<br>1:24-CV-3819-AT |

### ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 28th day of August, 2024.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**