# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASON FRAZIER and EARL FERGUSON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS, SHERRI ALLEN, AARON JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD, individually, and in their official capacities as Members of the Fulton County Department of Registration and Elections, KATHRYN GLENN, individually, and in her official capacity as Registration Manager of the Fulton County Department of Registration and Elections, BRAD RAFFENSPERGER, in his official and individual capacities,<br><br>　　　　Defendants. | Civil Action No. 24-cv-03819-SCJ |

**PROPOSED INTERVENOR-DEFENDANT NEW GEORGIA PROJECT ACTION FUND'S MOTION TO INTERVENE**

COMES NOW NEW GEORGIA PROJECT ACTION FUND, by and through its undersigned counsel of record, and files this Motion to Intervene in the above-referenced matter pursuant to Federal Rule of Civil Procedure 24(a) and (b).

The basis for the motion is more fully set forth in New Georgia Project Action Fund's accompanying Brief in Support of Proposed Motion to Intervene.

- 1 -

New Georgia Project Action Fund requests the Court's permission file a Motion to Dismiss and accompanying brief in support, attached as Exhibit 2. Should the court decline to grant New Georgia Project Action Fund's request to file its Motion to Dismiss, Intervenors have attached a Proposed Answer as Exhibit 1.

Dated: September 11, 2024            Respectfully submitted,

**/s/ Adam M. Sparks**
Adam M. Sparks (Ga. Bar No. 341578)
Sada J. Bâby (Ga. Bar No. 307214)
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: sparks@khlawfirm.com
Email: baby@khlawfirm.com

Uzoma N. Nkwonta*
Jacob D. Shelly*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001 Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
mmcqueen@elias.law

Tyler L. Bishop*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101

(206) 656-0177
tbishop@elias.law

*Counsel for Proposed Intervenor-Defendant New Georgia Project Action Fund*

*\*Pro Hac Vice Application Forthcoming*

- 3 -