# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| JASON FRAZIER and EARL FERGUSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS,<br><br>SHERRI ALLEN, AARON JOHNSON, MICHAEL HEEKIN, AND TERESA K. CRAWFORD, individually, and in their official capacities as members of the Fulton County Department of Registration and Elections,<br><br>KATHRYN GLENN, individually, and in her official capacity as Registration Manager of the Fulton County Department of Registration and Elections,<br><br>BRAD RAFFENSPERGER, in his official and individual capacities.<br><br>*Defendants*. | Case No. 1:24-cv-03819 |

## PROPOSED INTERVENOR-DEFENDANTS GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; LEAGUE OF WOMEN VOTERS OF GEORGIA; AND COMMON CAUSE GEORGIA MOTION TO INTERVENE

COMES NOW GEORGIA STATE CONFERENCE OF THE NAACP;

GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; LEAGUE OF

1

WOMEN VOTERS OF GEORGIA; and COMMON CAUSE GEORGIA ("Proposed Intervenor-Defendants"), by and through its undersigned counsel of records, and files this Motion to Intervene in the above-referenced matter pursuant to Federal Rule of Civil Procedures 24(a) and (b).

The basis for this motion is fully set forth in Proposed Intervenor-Defendants' Brief in Support of Proposed Motion to Intervene. As required by Federal Rule of Civil Procedure 24(c), Proposed Intervenor-Defendants accompany their Motion to Intervene with a Motion to Dismiss and brief in support as Exhibit 1.

Respectfully submitted this 12th day of September, 2024.

Dated: September 12, 2024

Respectfully submitted,

By: /S/ Gerald Weber

Gerald Weber (GA Bar No. 744878)

**Law Offices of Gerry Weber, LLC**
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: 404.522.0507
Email: wgerryweber@gmail.com

Ezra D. Rosenberg*
Julie M. Houk*
Marlin David Rollins-Boyd*
Pooja Chaudhuri*
Alexander S. Davis*
Heather Szilagyi*
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
drollins-boyd@lawyerscommittee.org

pchaudhuri@lawyerscommittee.org
adavis@lawyerscommittee.org
hszilagyi@lawyerscommittee.org

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Cory Isaacson (Ga. Bar No. 983797)
Caitlin May (Ga. Bar No. 602081)
Akiva Freidlin (Ga. Bar No. 692290)

**ACLU FOUNDATION OF GEORGIA, INC.**
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Theresa J. Lee*
Sophia Lin Lakin*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

John S. Cusick*
Allison Scharfstein*

**NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.**

3

40 Rector Street, 5th Floor
New York, NY 10006
jcusick@naacpldf.org
ascharstein@naacpldf.org

Avatara A. Smith-Carrington*

**NAACP LEGAL DEFENSE
  & EDUCATIONAL FUND, INC.**
700 14th Street NW, Ste. 600
Washington, DC 20005
acarrington@naacpldf.org

R. Gary Spencer (Ga. Bar No. 671905)

**NAACP LEGAL DEFENSE
  & EDUCATIONAL FUND, INC.**
260 Peachtree St. NW, Ste 2300
Atlanta, GA 30303
gspencer@naacpldf.org

**On Behalf of the**: Georgia State Conference of the NAACP, League of Women Voters of Georgia, and Georgia Coalition for the People's Agenda, Inc.

Courtney O'Donnell (Ga. Bar 164720)
Bradley E. Heard (Ga. Bar 342209)
Jack Genberg (Ga. Bar 144076)
Pichaya Poy Winichakul (Ga. Bar 246858)

**SOUTHERN POVERTY LAW CENTER**
150 E Ponce de Leon Ave, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

4

courtney.odonnell@splcenter.org
bradley.heard@splcenter.org
jack.genberg@splcenter.org
poy.winichakul@splcenter.org

Avner Shapiro*

**SOUTHERN POVERTY LAW CENTER**
1101 17th Street NW, Suite 510
Washington, DC 20036
240-890-1735
avner.shapiro@splcenter.org

**On Behalf of:** Common Cause Georgia

*Motion for admission pro hac vice forthcoming*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Dated this 12th day of September 2024.

>*/s/ Gerald Weber*
>Georgia Bar No. 744878
>Law Offices of Gerry Weber, LLC
>PO Box 5391
>Atlanta, Georgia 31107
>Tel: (404) 522-0507
>Email: wgerryweber@gmail.com