# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JASON FRAZIER** and **EARL FERGUSON,** | : |
| | : |
| Plaintiffs, | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 1:24-cv-03819-SCJ |
| **FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS,** | : |
| | : |
| **SHERRI ALLEN, AARON JOHNSON, MICHAEL HEEKIN,** And **TERESA K. CRAWFORD**, individually, and in their official capacities as Members of the Fulton County Department of Registration and Elections, | : |
| | : |
| **KATHRYN GLENN**, individually, and in her official capacity as Registration Manager of the Fulton County Department of Registration and Elections, | : |
| | : |
| **BRAD RAFFENSPERGER,** in his official and individual capacities *Defendants.* | : |

## **MOTION TO DISMISS WITHOUT PREJUDICE**

1

COMES NOW the above-named Plaintiffs and pursuant to Fed. R. Civ. P. 41(a)(2) seek leave of court to voluntarily dismiss without prejudice the above-styled action showing the court as follows:

Plaintiff's counsel has determined that Plaintiffs failed to meet a condition precedent for seeking relief in this court as required by 52 U.S.C. § 20510. Plaintiffs contend their claims are otherwise valid and state that they may seek judicial relief once their claim properly accrues and within the applicable statute of limitations.

Wherefore Plaintiffs pray as follows:

1) That this Court grant permission for Plaintiffs to dismiss this action without prejudice;
2) That the court hold a hearing on or opportunity to brief this matter as justice may require.

Respectfully submitted this 13th day of September 2024.

Respectfully Submitted,

/S/ James D. Elliott
James. D. Elliott
Ga. Bar. No. 892116
My Georgia Lawyers, LLC
P. O. Box #491991
Lawrenceville, GA 30049
James@mygalawyers.com

                              Ph. (770) 410-8114
                              Attorney for Plaintiffs.

## **CERTIFICATE OF SERVICE**

I certify that I have served this Notice of Appearance to counsel of record via e-filing of this document through the CM/ECF system and will send a notice of electronic filing to any attorneys of record.

Respectfully submitted this 13th day of September 2024.

                              /S/ James D. Elliott
                              James. D. Elliott