IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| **JASON FRAZIER & EARL FERGUSON,**  Plaintiffs,  v.  **FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS, ET AL.,**  Defendants. | **CIVIL ACTION FILE**  No. 1:24-CV-03819-SCJ |

### ORDER

This matter appears before the Court on Plaintiffs' Motion to Dismiss. Doc. No. [33].[1] Plaintiffs' motion indicates that they wish to voluntarily dismiss the case against Defendants under Rule 41(a)(2) because they "failed to meet a condition precedent for seeking relief in this court as required by 52 U.S.C. § 20510." Id. at 2. The Court hereby **ORDERS** Defendants, Intervenor-Defendant, and the potential Intervenor-Defendants to file any response to Plaintiffs' motion

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers referenced are those imprinted by the Court's docketing software.

by **September 20, 2024**. The Court furthermore **STAYS** all other deadlines in this case until Plaintiffs' Motion to Dismiss is resolved.

**IT IS SO ORDERED** this __17th__ day of September, 2024.

s/ Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**