IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JASON FRAZIER** and **EARL FERGUSON**, | : |
| | : |
| *Plaintiffs*, | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 1:24-cv-03819-SCJ |
| **FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS,** | : |
| | : |
| **SHERRI ALLEN, AARON JOHNSON, MICHAEL HEEKIN**, And **TERESA K. CRAWFORD**, individually, and in their official capacities as Members of the Fulton County Department of Registration and Elections, | : |
| | : |
| **KATHRYN GLENN**, individually, and in her official capacity as Registration Manager of the Fulton County Department of Registration and Elections, | : |
| | : |
| **BRAD RAFFENSPERGER,** in his official and individual capacities | : |
| | : |
| *Defendants*. | : |

---

**FULTON COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS**

1

COME NOW, the Fulton County Department of Registration and Elections, Sherri Allen, Aaron Johnson, Michael Heekin, Teresa K. Crawford, and Kathryn Glenn (the "Fulton County Defendants"), and hereby files their Response to Plaintiffs' Motion to Dismiss.

The Fulton County Defendants are in agreement with Plaintiffs that Plaintiffs have failed to meet a condition precedent for seeking relief in this Court as required under 52 U.S.C. § 20510. The Fulton County Defendants submit that Plaintiffs have also failed to bring a valid claim against the Fulton County Defendants in this matter. Therefore, the Fulton County Defendants do not object to Plaintiffs' motion to dismiss this action and respectfully request that this Court dismiss this action.

Respectfully submitted this 19th day of September, 2024.

        **OFFICE OF THE FULTON COUNTY ATTORNEY**

        Kaye Woodard Burwell
        Chief Deputy County Attorney
        Georgia Bar No. 775060
        kaye.burwell@fultoncountyga.gov

        Mathew Plott
        Assistant County Counsel
        Georgia Bar No. 343501
        Mathew.Plott@fultoncountyga.gov

        **/s/ Juliana Sleeper**
        Juliana Sleeper
        Senior Assistant County Counsel
        Georgia Bar No. 376099
        Juliana.Sleeper@fultoncountyga.gov

**Attorneys for the Fulton County Defendants**

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JASON FRAZIER** and **EARL FERGUSON**, | : |
| *Plaintiffs*, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:24-cv-03819-SCJ |
| **FULTON COUNTY DEPARTMENT OF REGISTRATION AND ELECTIONS**, | : |
| **SHERRI ALLEN, AARON JOHNSON, MICHAEL HEEKIN**, And **TERESA K. CRAWFORD**, individually, and in their official capacities as Members of the Fulton County Department of Registration and Elections, | : |
| **KATHRYN GLENN**, individually, and in her official capacity as Registration Manager of the Fulton County Department of Registration and Elections, | : |
| **BRAD RAFFENSPERGER,** in his official and individual capacities | : |
| *Defendants*. | : |

---

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned counsel has presented this

4

document in Times New Roman, 14 point type in accordance with L.R. 5.1(C) and served a copy of the foregoing **FULTON COUNTY DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS** through the CM/ECF system which will automatically send electronic mail notification of such filing to parties and counsel of record.

This 19th day of September, 2024

/s/ Juliana Sleeper
Juliana Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
Juliana.sleeper@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)